UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

 Plaintiff,

v.

JUSTIN DAVID MARTIN,

 Defendant.
_____/

Hon. Janet T. Neff

Case No. 1:18-cr-00140

**REPORT AND RECOMMENDATION**

 Pursuant to W.D. MICH. L.CR.R. 11.1, I conducted a plea hearing in the captioned case on July 23, 2020, after receiving the written consent of defendant and all counsel. At the hearing, defendant Justin David Martin entered a plea of guilty to Counts 1,8,9, and 10 of the Sixth Superseding Indictment in exchange for the undertakings made by the government in the written plea agreement. Count 1 charges defendant with conspiracy to distribute and possess with intent to distribute controlled substances, in violation of 21 U.S.C. §§ 846 and 841(b)(1)(C); Count 8 charges defendant with possession with intent to distribute heroin and fentanyl, in violation of 21 U.S.C. § 841(b)(1)(C); Count 9 charges defendant with felon in possession of a firearm, in violation of 18 U.S.C. § 922(g) and Count 10 charges him with possession of a firearm in furtherance of drug trafficking, in violation of 18 U.S.C. § 924(c). On the basis of the record made at the hearing, I find that defendant is fully capable and competent to enter an informed plea; that the plea is made

knowingly and with full understanding of each of the rights waived by defendant; that it is made voluntarily and free from any force, threats, or promises; that the defendant understands the nature of the charge and penalties provided by law; and that the plea has a sufficient basis in fact.

Accordingly, I recommend that defendant's plea of guilty to Counts 1, 8, 9, and 10 of the Sixth Superseding Indictment be accepted, and that the court adjudicate defendant guilty, and that the written plea agreement be considered for acceptance at the time of sentencing  Acceptance of the plea, adjudication of guilt, and imposition of sentence are specifically reserved for the district judge.

Date: July 23, 2020                     /s/ Phillip J. Green
                                        PHILLIP J. GREEN
                                        United States Magistrate Judge

## NOTICE TO PARTIES

You have the right to <u>de</u> <u>novo</u> review of the foregoing findings by the district judge.  Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than 14 days after the plea hearing.  *See* W.D. MICH. L.CR.R. 11.1(d).